# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

APRIL MARKIEWICZ, WIFE OF/AND MARK
MARKIEWICZ

NO.  2019 CW 0877

VERSUS

SUN CONSTRUCTION, LLC, PENN MILL LAKES,
LLC, AND COOPER ENGINEERING, INC., A
PROFESSIONAL ENGINEERING CORPORATION

### CONSOLIDATED WITH

JANET SHEA, WIFE OF/AND ALPHONSE SHEA

VERSUS

SUN CONSTRUCTION, LLC, SUNRISE
CONSTRUCTION AND DEVELOPMENT, LLC, PENN
MILL LAKES, LLC, AND COOPER
ENGINEERING, INC., A PROFESSIONAL
ENGINEERING CORPORATION

### CONSOLIDATED WITH

PATRICIA GRANT, WIFE OF/AND RICHARD
GRANT, ET AL., INDIVIDUALLY AND ON
BEHALF OF ALL OTHERS SIMILARLY SITUATED

VERSUS

SUN CONSTRUCTION, L.L.C., PENN MILL
LAKES, L.L.C., SUNRISE CONSTRUCTION AND
DEVELOPMENT, L.L.C., AND COOPER
ENGINEERING, INC., A PROFESSIONAL
ENGINEERING CORPORATION, ET AL.

**NOV 0 7 2019**

---

In Re:    John E. Bonneau and John E. Bonneau and Associates,
          Inc., applying for supervisory writs, 22nd Judicial
          District Court, Parish of St. Tammany, No. 2006-16084
          c/w 2008-10737 c/w 2008-11536.

---

**BEFORE:   GUIDRY, HIGGINBOTHAM, AND LANIER, JJ.**

   **WRIT DENIED.**

**TMH**
**WIL**

   **Guidry, J.,** would direct the Clerk of this court to issue a
Notice of Briefing Schedule pursuant to La. Code Civ. P. art.
966(H).

COURT OF APPEAL, FIRST CIRCUIT

_____
     DEPUTY CLERK OF COURT
        FOR THE COURT